Peter F. Habein
Ben T. Corey
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, Montana  59103-2529
Telephone:  (406) 252-3441
Facsimile:  (406) 256-0277
phabein@crowleyfleck.com

Attorneys for Defendants
ACE American Insurance Co.,
Indemnity Insurance Company of North America
and Specialty Risk Services, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ELISA PEDERSEN, | Case No.:  CV 11-139-M-DWM |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ACE AMERICAN INSURANCE CO., INDEMNITY INSURANCE COMPANY OF NORTH AMERICA; AND SPECIALTY RISK SERVICES, LLC; HILTON WORLDWIDE, INC., FKA HILTON HOTELS CORPORATION; AND JOHN DOES 1-5, | |
| Defendant. | |

COMES NOW, the parties, by and through their respective counsel of record, and jointly move the court to dismiss this action with prejudice, on the merits, as fully and finally settled. With this Stipulation, the parties ask that this Court clarify that all pending Orders are vacated and pending Motions are moot. A proposed order of dismissal accompanies this motion for the court's convenience.

DATED: September 5, 2012                         CROWLEY FLECK PLLP

                                                 By: /s/ Peter F. Habein
                                                 Peter F. Habein
                                                 Attorneys for Defendants
                                                 ACE American Insurance Co.,
                                                 Indemnity Insurance Company of
                                                 North America and Specialty Risk
                                                 Services, LLC

DATED: September 5, 2012                         MCKENNA & STARIN, PLLC

                                                 By: /s/ Sydney E. McKenna
                                                 Sydney E. Mckenna
                                                 Attorney for Plaintiff
                                                 Elisa Pedersen