IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| ELISA PEDERSEN, | ) | CV 11-139-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ACE AMERICAN INSURANCE CO.; | ) | |
| INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA; SPECIALTY | ) | |
| RISK SERVICES, LLC; HILTON | ) | |
| WORLDWIDE, INC., fka HILTON | ) | |
| HOTELS CORPORATION; and JOHN | ) | |
| DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

The parties filed a stipulation for dismissal on September 5, 2012. Accordingly,

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case.

Dated this 31st day of January 2013.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT